UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL VENCES BELTRAN,<br><br>  Petitioner,<br><br>  v.<br><br>BRIAN HENKEY, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, Immigration and Customs Enforcement; KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; MICHAEL HOLLINGSHEAD, Sheriff of Elmore County<br><br>  Respondents. | Case No. 1:25-cv-00733-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order entered concurrently herewith, judgment is hereby entered, and this case is CLOSED.

DATED: January 30, 2026

_____
David C. Nye
U.S. District Court Judge

JUDGMENT – 1